# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NAJI KAHALA, | : |
| Plaintiff, | : Case No. 4:22-cv-11194-SDK-JJCG |
| v. | : |
| ALLY FINANCIAL, INC., *et al.* | : |
| Defendants. | : |

### STIPULATION TO DISMISS STATE LAW CLAIMS AGAINST DEFENDANT SERVICE FINANCE COMPANY, LLC

Defendant Service Finance Company, LLC ("SFC") by and through its undersigned counsel, pursuant to Local Rule 7.1, following a conference initiated by Defendant SFC, Plaintiff Naji Kahala ("Plaintiff") hereby agrees to dismiss his claims for Infliction of Emotional Distress (Count LII), Negligence (Count LIII), Negligence Per Se (Count LIV), Defamation by Libel (also captioned as Count LIV), and Malicious Statutory Libel (Count LV) against Defendant SFC. Plaintiff and SFC so stipulate and agree. Plaintiff's claim for alleged violations of the Fair Credit Reporting Act (Count LI) against Defendant SFC shall remain pending.

DMFIRM #404770085 v1

Stipulated to by:

/s/ *Adam G. Taub*
Adam G. Taub, Esq. (P48703)
CONSUMER LAW GROUP, PLC
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net
*Attorneys for Plaintiff*

/s/ *Dan McKenna*
Dan McKenna, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8321
(215) 864-8999 (Facsimile)
mkennad@ballardspahr.com

/s/ *Jennifer K. Green*
Jennifer K. Green (P69019)
CLARK HILL PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 988-2315
jgreen@clarkhill.com

*Attorneys for Defendant*
*Service Finance Company*

Dated: September 13, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAJI KAHALA, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:22-cv-11194-SDK-JJCG |
| | : | |
| v. | : | |
| | : | |
| ALLY FINANCIAL, INC., *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER DISMISSING STATE LAW CLAIMS AGAINST
<u>DEFENDANT SERVICE FINANCE COMPANY, LLC</u>**

Based on the stipulation of the parties, the following counts are DISMISSED with prejudice: <u>Count LII</u>: Infliction of Emotional Distress; <u>Count LIII</u>: Negligence; <u>Count LIV</u>: Negligence Per Se; <u>Count LIV</u>: Defamation by Libel; and <u>Count LV</u>: Malicious Statutory Libel, against Defendant Service Finance Company, LLC. Plaintiff and Defendant Service Finance Company, LLC hereby agree and so stipulate. <u>Count LI</u>: Violations of the Fair Credit Reporting Act shall remain pending.

**SO ORDERED**.

s/Shalina D. Kumar
**Hon. Shalina D. Kumar**
United States District Judge

Entered at Flint, Michigan on this 21ST day of September, 2022.